| | | |
|---|---|---|
| People v Gee | App Div, 4th Dept, 6/6/16 (Monroe) | dismissed 8/10/16 (DiFiore, Ch. J.) |
| People v Gordon | 3d Dept: 139 AD3d 1265 (Warren) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Graham (Raquad) | 3d Dept: 138 AD3d 1242 (Albany) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Graham (Tyrone) | 4th Dept: 140 AD3d 1686 (Monroe) | denied 8/19/16 (Stein, J.) |
| People v Gramza (Debora) | 4th Dept: 140 AD3d 1643 (Erie) | denied 8/25/16 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Gramza (Debora) | 4th Dept: 140 AD3d 1644 (Erie) | denied 8/25/16 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Green (Kahleif) | 4th Dept: 140 AD3d 1660 (Onondaga) | denied 8/24/16 (Pigott, J.) |
| People v Green (Trameil) | 4th Dept: 132 AD3d 1268 (Erie) | denied reconsideration 8/24/16 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Gressler | App Div, 3d Dept, 4/19/16 (Rensselaer) | dismissed 8/31/16 (DiFiore, Ch. J.) |
| People v Hagaman | 3d Dept: 139 AD3d 1183 (Warren) | denied 8/5/16 (Abdus-Salaam, J.) |
| People v Hampton | 4th Dept: 139 AD3d 1368 (Monroe) | denied 8/17/16 (Pigott, J.) |
| People v Harris | 3d Dept: 139 AD3d 1244 (Chemung) | denied 8/17/16 (Abdus-Salaam, J.) |
| People v Harrison | 2d Dept: 138 AD3d 757 (Queens) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Hayes | 2d Dept: 139 AD3d 754 (Queens) | denied 8/1/16 (Rivera, J.) |
| People v Heath | 1st Dept: 139 AD3d 421 (NY) | denied 8/5/16 (Abdus-Salaam, J.) |
| People v Henriquez | App Div, 3d Dept: 2015 NY Slip Op 66066(U) (Chemung) | denied 8/5/16 (Abdus-Salaam, J.) |
| People v Hewitt | 2d Dept: 139 AD3d 754 (Westchester) | denied 8/19/16 (Stein, J.) |
| People v Hibbert | 2d Dept: 134 AD3d 957 (Dutchess) | denied 8/2/16 (Fahey, J.) |
| People v Hilario | 1st Dept: 140 AD3d 500 (NY) | denied 8/15/16 (Fahey, J.) |